IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTARIQ LEBRON PORTER, | |
| Plaintiff, | **8:25CV486** |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, EQUIFAX, INC., and TRANSUNION LLC, | **MEMORANDUM AND ORDER** |
| Defendants. | |

On February 5, 2026, the Court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. Filing No. 7. To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 13th day of March, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge